UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CIV. 5772**

-----------------------------------------------------------------X
TRUSTEES OF THE TEAMSTERS LOCAL 456　　　　　Index:
ANNUITY, EDUCATION & TRAINING, S.U.B.,
INDUSTRY ADVANCEMENT AND LEGAL SERVICES
FUNDS AND THE WESTCHESTER TEAMSTERS
LOCAL UNION NO. 456 ,　　　　　　　　　　　　　RULE 7.1

　　　　　　　　　　　　　　　Plaintiffs,

　　-against-　　　　　　　　　　　　　　　　**ROBINSON**

GLOBE FENCE & RAILINGS, INC.,

　　　　　　　　　　　　　　　Defendant.
-----------------------------------------------------------------X

　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

　　　None.

Dated: June 18, 2008

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Karin Arrospide, Esq. (KA9319)
　　　　　　　　　　　　　　　　　　　Barnes, Iaccarino, Virginia,
　　　　　　　　　　　　　　　　　　　Ambinder & Shepherd
　　　　　　　　　　　　　　　　　　　258 Saw Mill River Road
　　　　　　　　　　　　　　　　　　　Elmsford, NY  10523
　　　　　　　　　　　　　　　　　　　(914) 592-1515