UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
Trustees of the Teamsters Local 456 Annuity, Education &
Training, S.U.B., Industry Advancement and Legal Services
Funds and the Westchester Teamsters Local Union 456,

                                                                    **Index No. 08 CIV 5772 (SCR)**

                            Plaintiffs,          **VOLUNTARY NOTICE
                                                                   OF DISMISSAL**

     -and-

GLOBE FENCE & RAILINGS, INC.,

                            Defendant.
-------------------------------------------------------------------x

       PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) plaintiffs, by the undersigned attorney of record, hereby voluntarily dismiss the above entitled action without prejudice.

Dated:  August 7, 2008
           Elmsford, New York

                                                    BARNES, IACCARINO, VIRGINIA,
                                                    AMBINDER & SHEPHERD, PLLC

                                                    Giacchino Russo, Esq. (GR8313)
                                                    Attorney for Plaintiffs
                                                    258 Saw Mill River Road
                                                    Elmsford, New York 10523
                                                    (914) 592-1515

SO ORDERED:

_____
Honorable Stephen C. Robinson, U.S.D.J.